IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAMONT OLASANDE,

      Appellant,

v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM
and TISA ABDULLAH
MCMILLAN,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3364

Opinion filed July 18, 2016.

An appeal from an order of the Department of Revenue.

LaMont Olasande, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.